■ In the Matter of ALEXEI S., Appellant, v MICHAEL M., Respondent. [17 NYS3d 632]—Order, Family Court, New York

County (Susan R. Larabee, J.), entered on or about March 19, 2014, which, after a fact-finding hearing, dismissed the petition for an order of protection and vacated a temporary order of protection, unanimously affirmed, without costs.

The court properly determined that petitioner failed to establish by a preponderance of the evidence that respondent committed the family offenses alleged in the petition (*see* Family Ct Act § 832). Although the parties each provided different accounts of the event that transpired on the date in question, the court resolved the conflicting testimony in favor of respondent, and there is no basis to disturb the court's credibility determinations (*see Matter of Everett C. v Oneida P.*, 61 AD3d 489 [1st Dept 2009]). Concur—Tom, J.P., Acosta, Richter and Kapnick, JJ.